IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CHELSEY MORNEE' PENIX,** **PLAINTIFF**
**ADC #710547**

v. Case No. 1:15-cv-00032-KGB-JJV

**JAMES BANKS, Senior Warden,**
**McPherson Unit,** *et al.* **DEFENDANTS**

## ORDER

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is dismissed without prejudice. Dismissal of this action constitutes a "strike" for purposes of 28 U.S.C. § 1915(g). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the corresponding Order would not be taken in good faith.

SO ADJUDGED this 24th day of October, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE